# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1268, A17A1269.  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. v. SCAPA DRYER FABRICS, INC. n/k/a SCAPA WAYCROSS, INC., and vice versa.**

These cross-appeals, regarding the interpretation of insurance policies, were previously before this Court. (A16A1186 and A16A1187). In the prior appeals, this Court issued an opinion requiring the parties to supplement the record with legible copies of the National Union insurance policies in question. The opinion stated that "[t]he absence of a legible copy of the National Union policies at issue has prevented this Court from conducting a meaningful appellate review of the trial court's rulings on the parties' cross-motions for summary judgment."

The parties, through a joint stipulation in the superior court, submitted copies of the National Union policies at issue and stated that the submitted copies were the "most legible copies of [the five National Union policies] in the possession, custody, and control of the Parties." Nonetheless, our review of the documents submitted reveals that material portions of the National Union policies, like the previously submitted documents, are illegible. Illegible "documents are not entitled to evidentiary consideration." *Black v. Floyd*, 280 Ga. 525, 526 (630 SE2d 382) (2006) (citations omitted). Furthermore, "it is the burden of the appealing party to ensure that a complete record is transmitted to this Court on appeal. . . ." Court of Appeals Rule 18 (b).

Based on the above, we hereby remove these cases from the appeal docket and REMAND them to the trial court for completion of the record without delay. Once

legible and complete copies of the pertinent National Union polices are on file with the trial court and the trial court has entered an order stating that the record is complete, appellants shall have 30 days from the date of that order to refile their notices of appeal. Upon the filing of such notices of appeal, the cases with the complete record may be transmitted to the Court of Appeals for re-docketing.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/15/2017_____*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*